Henry P. Wood, Appellant, v. John A. Wood, Respondent.— Judgment and order affirmed, with costs. All concurred.

Mariarosa Dipietro, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to the sum of $100 as of the date of the rendition thereof, in which event the judgment as so modified and orders are affirmed, without costs of this appeal to either party. All concurred, except McLennan, P. J., and Robson, J., who voted for reversal on the ground that there is no evidence which would entitle the plaintiff to a recovery for humiliation, which was the only question of damage submitted to the jury.

Patrick J. O'Connor, Respondent, v. Henry P. Burgard, Appellant.— Defendant's exceptions sustained and motion for new trial granted, with costs to the defendant to abide event. Held, that the evidence failed to establish actionable negligence on the part of the defendant, in that the accident which caused plaintiff's injury was not of such a character that an ordinarily prudent person would have anticipated it as liable to happen, and that there was no negligence attributable to defendant in failing to guard against the possibility of its occurrence. All concurred, except Kruse, J., who dissented. Order denying motion for new trial on the ground of newly-discovered evidence affirmed, with costs. All concurred.

Adelaide Fromm, Respondent, v. Rochester Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Asa B. Dygert, Appellant, v. Clarence W. Austin and Cora B. Raynor, as Executors, etc., of Joseph Hills, Deceased, Respondents.— Judgment affirmed, with costs. All concurred.

Fred E. Oremus, Plaintiff, v. John K. Fellows, as President of Lock City Tent No. 240, Knights of Maccabees, Defendant.— Defendant's exceptions sustained and motion for new trial granted, with costs to the defendant to abide the event. Held, that the answer raised issues of fact and that the direction of the verdict was improper. All concurred, except Spring, J., not voting.

Henry Denison, Appellant, v. Syracuse Rapid Transit Railway Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Michael W. O'Connell, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Antoinette Myers and Others, Appellants, v. Myron Peckins, as Executor, etc., of Solomon Crittenden, Deceased, and Others, Respondents.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented on the ground that the question of testator's competency should have been submitted to the jury.

* Laws of 1890, chap. 565, § 59, added by Laws of 1892, chap. 676, and amd. by Laws of 1895, chap. 545.—[REP.